UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
In re:

     NICHOLAS CUTRO, JR.,

                *Debtor.*

-----------------------------------------------------------------------x

| |
| --- |
| **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED.R.BANKR.P.2002**<br><br>Case No.: 24-10262-1-rel |

     **PLEASE TAKE NOTICE** that George Gellert ("Gellert"), hereby appears by his counsel, E. Stewart Jones Hacker Murphy LLP ("Counsel"). Counsel and Gellert hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that Counsel be added to the official mailing matrix and service lists in this case. Counsel and Gellert request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements and all other matters arising herein or in any related adversary proceeding, be given and served on Counsel at the addresses, telephone and email address set forth below:

E. STEWART JONES HACKER MURPHY LLP
John F. Harwick
200 Harborside Drive, Suite 300
Schenectady, New York 12305
T: (518) 213-0113
E: jharwick@joneshacker.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a consent to have Counsel accept service of process on behalf of Gellert or a waiver of any of his rights, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Gellert may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED:        March 20, 2024

JOHN F. HARWICK, ESQ.
Bar Roll No.: 508156
E. STEWART JONES HACKER MURPHY LLP
200 Harborside Drive, Suite 300
Schenectady, New York   12305
(518) 274-5820
(518) 274-5875 (facsimile)
jharwick@joneshacker.com